IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 10-cv-01979-AP

CARRIE ALEXIA YOVELL,

    Plaintiff-Petitioner,

        vs.

ALEJANDRO MAYORKAS, Director, U.S.
Citizenship and Immigration Services,
and
ERIC H. HOLDER, JR, U.S. Attorney
General,

    Defendants-Respondents.

_____

JOINT CASE MANAGEMENT PLAN
_____

1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff-Petitioner:

    Laura L. Lichter                        Mark R. Barr
    Lichter & Associates, P.C.             Lichter & Associates
    1601 Vine Street                         1601 Vine Street
    Denver, CO 80206-1117               Denver, CO 80206-1117
    303-554-8400                             303-554-8400
    Fax: 303-554-8099                     Fax: 303-554-8099
    Email: llichter@lichterassociates.com   Email: mbarr@lichterassociates.com

For Defendants-Respondents:

    Julie Shana Saltman                 Timothy Bart Jafek
    U.S. Department of Justice            U.S. Attorney's Office
    Ben Franklin Station                1225 17th Street East

| | |
|---|---|
| P.O. Box 868 | Seventeenth Street Plaza |
| Washington, D.C. 20044 | Suite 700 |
| 202-532-4252 | Denver, CO 80202 |
| Fax: 202-305-7000 | 303-454-0100 |
| Email: Julie.saltman@usdoj.gov | Email: timothy. jafek@usdoj.gov |

2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (federal question) and the Administrative Procedure Act (APA), 5 U.S.C. § 701 *et seq.*; 28 U.S.C. § 2201, *et seq.* (the Declaratory Judgment Act) provides for the requested relief.

3. DATES OF FILING OF RELEVANT PLEADINGS

   A. Date Complaint Was Filed: August 18, 2010.

   B. Date Complaint Was Served: August 23, 2010 (Defendant Mayorkas); August 26, 2010 (Defendant Holder).

   C. Date Answer Was Filed: October 18, 2010.

   D. Date Administrative Record Was Filed: Defendants will file a certified administrative record by March 4, 2011.

4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Because Defendants have not yet filed a certified administrative record, the parties have no statement at this time regarding the adequacy of the record.  After Defendants file the record on March 4, 2011, Plaintiff may amend the joint case management plan with a statement regarding the adequacy of that record.

5. STATEMENTS REGARDING ADDITIONAL EVIDENCE

Plaintiff's Statement:

Because Defendants have not yet filed a certified administrative record, Plaintiff is not in a position to make any statement regarding additional evidence. Upon a review of the record filed by Defendants, Plaintiff may amend the joint management plan with a statement regarding any possible need for additional evidence.

Defendants' Statement:

A complete administrative record consists of documents and materials that an agency considered when adjudicating a petition. *See Bar MK Ranches v. Yuetter*, 994 F.2d 735, 739 (10th Cir.

1993).  The designation of the administrative record is entitled to a presumption of administrative regularity.  *Wilson v. Hodel*, 758 F.2d 1369, 1374 (10th Cir.1985).  Defendants contest that discovery is appropriate in this action challenging a final agency action under the APA.  Judicial review in cases brought under the APA is limited to "the whole record or those parts of it cited by a party."  5 U.S.C. § 706.  The United States Supreme Court held that in a case brought under the APA, the court is limited to review of the administrative record.  *See Citizens to Preserve Overton Park, Inc. v. Volpe*, 401 U.S. 402 (1971), overruled on other grounds by *Califano v. Sander*s, 430 U.S. 99 (1977).  When a plaintiff challenges an agency action under the judicial provisions of the APA, the Court is "required to conduct a plenary review of the record to ascertain whether the agency's action was supported by 'substantial evidence.'"  *Olenhouse v. Commodity Credit Corp*., 42 F.3d 1560, 1576 (10th Cir. 1994) (Overturning district court decision upholding agency action based on facts outside the adminstrative record).  Accordingly, the Court's review is limited to the certified administrative record, and discovery is not appropriate in this case.

6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

This case does not raise any unusual claims or defenses.

7. OTHER MATTERS

N/A.

8. BRIEFING SCHEDULE

    A. Plaintiff's Opening Brief: Friday, April 1, 2011.

    B. Defendants' Response Brief: Friday, April 29, 2011.

    C. Plaintiff's Optional Reply Brief: Friday, May 13, 2011.

9. STATEMENTS REGARDING ORAL ARGUMENT

    A. Plaintiff's Statement: Oral argument is requested in this matter due to the relative scarcity of judicial challenges to visa petition denials.

    B. Defendants' Statement:  The Court should be able to decide this case on the record and on the parties motions, however, Defendants do not oppose Plaintiff's request for oral argument.

10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. OTHER MATTERS

Any party filing a motion for extension of time or a continuance must comply with D.C.Colo.LCivR 7.1(c) by submitting proof that a copy of the motion was served on the moving attorney's client, all attorneys of record, and all *pro se* parties.

12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause, and as indicated in paragraphs four and five.

DATED this 2nd day of March, 2011.

By the Court:

*s/John L. Kane*
U.S. District Court Judge

Approved:

| | |
|---|---|
| s/ Laura L. Lichter | s/ Julie Shana Saltman |
| Laura L. Lichter | Julie Shana Saltman |
| Lichter & Associates, P.C. | U.S. Department of Justice |
| 1601 Vine Street | Ben Franklin Station |
| Denver, CO 80206-1117 | P.O. Box 686 |
| 303-554-8400 | Washington, D.C. 20044 |
| Fax: 303-554-8099 | 202-532-4252 |
| Email: llichter@lichterassociates.com | Fax: 202-305-7000 |
| | Julie.saltman@usdoj.gov |
| Attorney for Plaintiff-Petitioner | Attorney for Defendants-Respondents |