**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action **No. 1:10-cv-01979-JLK**

**CARRIE ALEXIA YOVELL**,

    Plaintiff,

v.

**ALEJANDRO MAYORKAS**, Director, U.S. Citizenship and Immigration Services, and
**ERIC H. HOLDER, JR.**, Attorney General of the United States,

    Defendants.

---

**ORDER**

---

This matter is currently before me on Plaintiff's Unopposed Motion to Extend Briefing Schedule (doc. 28). Owing to Defendants' three week delay in submitting the administrative record, Plaintiff seeks an extension of time to file her opening brief in this matter. Good cause appearing, the motion is GRANTED as it relates to the deadline for Plaintiff's filing of her opening brief, and the deadline to file her opening brief is extended up to and including April 22, 2011.

Plaintiff also seeks a three week extension of time for Defendants to file their response to her opening brief. Absent any justification for the government's delay in submitting the administrative record and its failure to file a motion seeking a modification to the Joint Case Management Plan, I will not provide Defendants any extension. If they desire any extension, Defendants should file a motion to that end. As indicated in the

1

2

Joint Case Management Plan, Defendants response brief will be due April 29, 2011. Accordingly, at this time there is no need to extend the deadline for Plaintiff to file a reply in support of her opening brief, and it is due no later than May 13, 2011.

Dated: March 28, 2011                BY THE COURT

                                           **/s/ John L. Kane**
                                           Senior U.S. District Judge