**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action **No. 1:10-cv-01979-JLK**

**CARRIE ALEXIA YOVELL**,

    Plaintiff,

v.

**ALEJANDRO MAYORKAS**, Director, U.S. Citizenship and Immigration Services, and
**ERIC H. HOLDER, JR.**, Attorney General of the United States,

    Defendants.

---

# ORDER

---

This matter is currently before me on Defendants' belated Unopposed Motion Seeking a Modification to the Joint Case Management Plan (doc. 31). Pursuant to the terms of the Joint Case Management Plan agreed to by the parties and approved by the court, Defendants were to file the Administrative Record by March 4, 2011. Without offering any justification or seeking an extension of time by leave of the court as required by the Joint Case Management Plan, Defendants submitted the Administrative Record on March 23, 2011.

As a result of this delay, Plaintiff sought and I granted a modification to the Joint Case Management Plan, extending the deadline for Plaintiff to file her opening brief from April 1, 2011 to April 22, 2011.

Finally, over a month after the original deadline for filing the Administrative

1

Record and over two weeks after their delinquent filing, Defendants seek to modify the Joint Case Management Plan, specifically seeking a three week extension of the deadline to file their response brief.  As justification for their delay in filing the Administrative Record, Defendants cite a "calendaring error."  I do not question the cause of the delay.  I do, however, want to take this opportunity to emphasize the importance of complying with court ordered deadlines and procedures.  Defendants should have notified the court immediately upon discovering this calendaring error.  In the future, I will strike all tardy filings submitted without an accompanying motion to modify any relevant deadlines.

That being said, I think it prudent to provide Defendants the relief they seek.  In order to allow for a meaningful review of Plaintiff's challenge, it is important that Defendants have an opportunity to review Plaintiff's brief and properly brief their position for the court.  Accordingly, Defendants' motion is GRANTED.  The Joint Case Management Plan shall be modified as follows:

      Defendants' Response Brief:    due May 20, 2011

      Plaintiff's Reply Brief:    due June 3, 2011

Dated: April 7, 2011      BY THE COURT

      **/s/ John L. Kane**
      Senior U.S. District Judge