**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action **No. 1:10-cv-01979-JLK**

**CARRIE ALEXIA YOVELL**,

    Plaintiff,

v.

**ALEJANDRO MAYORKAS**, Director, U.S. Citizenship and Immigration Services, and
**ERIC H. HOLDER, JR.**, Attorney General of the United States,

    Defendants.

---

**ORDER**

---

This matter is currently before me on Plaintiff's Motions for Leave to Amend Complaint by Adding Mehdi Ballouchy as a Plaintiff-Petitioner (doc.33 and 35). Plaintiff-Petitioner seeks to add her husband, Mehdi Ballouchy, as a Plaintiff-Petitioner in this action. Mr. Ballouchy is the beneficiary of the visa petition filed by Ms. Yovell on August 15, 2002 – the same visa petition which is the subject of the instant challenge.

Pursuant to Fed. R. Civ. P. 21, I "may at any time, on just terms, add or drop a party." As the Tenth Circuit has held, "The grant or denial of a motion to bring in or drop a party lies in the discretion of the judge . . . . The trial court's exercise of discretion will not be disturbed on appeal unless an abuse of discretion is shown." *K-B Trucking Co. v. Riss Int'l Corp.*, 763 F.2d 1148, 1153 (10th Cir. 1985).

Section 10 of the APA, 5 U.S.C. § 702, gives any person "suffering legal wrong

because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute" the right to seek federal court review of the agency action. Having carefully considered the matter, I am of the opinion that Mr. Ballouchy has standing to bring this action because he is within the zone of interest regulated or protected by the immediate relative classification statute, 8 U.S.C. § 1154(a)(1)(A)(i), and thus is adversely affected within the meaning of the relevant statute for purposes of 5 U.S.C. § 702. *See Taneja v. Smith*, 795 F.2d 355, 358 n.7 (4th Cir. 1986); *Stenographic Machines, Inc. v. Regional Administrator for Employment and Training*, 577 F.2d 521, 527-28 (7th Cir. 1978); *Sanchez-Trujillo v. INS*, 620 F. Supp. 1361, 1363 (W.D.N.C. 1985) (noting that "the immigrant beneficiary is more than just a mere onlooker; it is [his] own status that is at stake when the agency takes action on a preference classification petition").

Accordingly, I think it proper to allow the addition of Mr. Ballouchy as a Plaintiff-Petitioner in this case. Accordingly, Plaintiff-Petitioner's motion is GRANTED. Plaintiff-Petitioner's complaint shall be amended to add Mehdi Ballouchy as another Plaintiff-Petitioner.

Dated: April 14, 2011                BY THE COURT

                                     **/s/ John L. Kane**
                                     Senior U.S. District Judge