IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Courtroom Deputy: LaDonne Bush                     Date: July 25, 2011
Court Reporter: Tracy Weir

Civil Action No. 10-cv-01979-JLK

*Parties:*                                                         *Counsel:*

CARRIE ALEXIA YOVELL and                           Laura L. Lichter
MEHDI BALLOUCHY,                                   Mark R. Barr

    Plaintiffs-Petitioners,

v.

ALEJANDRO MAYORKAS, Director, U.S.                 Bradley B. Banias
Citizenship and Immigration Services, and          Julie S. Saltman
ERIC H. HOLDER, JR., U.S. Attorney General,        Timothy B. Jafek

    Defendants-Respondents.

---

## COURTROOM MINUTES
---

Hearing on Plaintiffs' Motion for Expedited Consideration of Preliminary Injunction to Permit International Travel During the Course of this Litigation

10:12 a.m.     Court in session.

Court's summarizes the issues.

Argument by Ms. Lichter.

10:34 a.m.     Argument by Mr. Banias.

10:46 a.m.     Rebuttal argument by Ms. Lichter.

10:53 a.m.     Court in recess.

11:53 a.m.      Court in session.

Court's ruling.

**ORDERED**:   Plaintiffs' Motion for Expedited Consideration of Preliminary Injunction to Permit International Travel During the Course of this Litigation (Doc. 48) is denied.

**ORDERED**:   The briefing schedule shall be expedited.  Plaintiffs' brief shall be filed by August 18, 2011, Defendants' response by September 8, 2011, and Plaintiffs' reply by September 22, 2011.

12:02 p.m.      Court in recess.

Hearing concluded.
Time: 00:50