**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action **No. 1:10-cv-01979-AP**

**CARRIE ALEXIA YOVELL**, and
**MEHDI BALLOUCHY**,

    Plaintiffs,

v.

**ALEJANDRO MAYORKAS**, Director, U.S. Citizenship and Immigration Services, and
**ERIC H. HOLDER, JR.**, Attorney General of the United States,

    Defendants.

---

## ORDER

---

This matter is currently before me on Plaintiffs' Motion for Leave to Amend Complaint by Adding Janet Napolitano as a Defendant (doc.47). Pursuant to Fed. R. Civ. P. 21, I "may at any time, on just terms, add or drop a party." As the Tenth Circuit has held, "The grant or denial of a motion to bring in or drop a party lies in the discretion of the judge . . . . The trial court's exercise of discretion will not be disturbed on appeal unless an abuse of discretion is shown." *K-B Trucking Co. v. Riss Int'l Corp.*, 763 F.2d 1148, 1153 (10th Cir. 1985).

Because the decisions at issue in this case could be used by Immigration and Customs Enforcement ("ICE"), a proxy of Secretary of Homeland Security Napolitano, in ongoing removal proceedings against Plaintiff Ballouchy, I think it proper to allow the addition of

Secretary Napolitano as a Defendant in this case. I also note that, if successful in their challenge, Plaintiffs will be entitled to relief implicating the authority of ICE and Secretary Napolitano. Accordingly, Plaintiff-Petitioner's motion is GRANTED. Plaintiff-Petitioner's complaint shall be amended to add Janet Napolitano, Secretary of the Department of Homeland Security, as a Defendant in this case.

Dated: July 27, 2011                    BY THE COURT

**/s/ John L. Kane**
Senior U.S. District Judge