IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action **No. 1:10-cv-01979-AP**

**CARRIE ALEXIA YOVELL**, and
**MEHDI BALLOUCHY**,
    Plaintiffs,

v.

**ALEJANDRO MAYORKAS**, Director, U.S. Citizenship and Immigration Services,
**ERIC H. HOLDER, JR.**, Attorney General of the United States, and
**JANET NAPOLITANO**, Secretary, U.S. Department of Homeland Security
    Defendants.

## PRIVACY ACT PROTECTIVE ORDER

This matter is currently before me on the parties' Joint Motion for a Privacy Act Protective Order (doc. 57). The motion is DENIED because it is contrary to the Local Rules of this Court. The parties' proposed protective order purports to seal all filings containing confidential information without further motion or court order. This is directly contrary to D.C.COLO.LCivR 7.2. The parties are free to re-file their motion and proposed protective order, but they should use the form protective order contained on the court's website as a starting point, paying particular attention to paragraph 11 .

Dated: September 6, 2011        BY THE COURT

                                            **/s/ John L. Kane**
                                            Senior U.S. District Judge