**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-01979-REB

CARRIE ALEXIA YOVELL, and
MEHDI BALLOUCHY,

    Plaintiffs-Petitioners,

v.

ALEJANDRO MAYORKAS, Director, U.S. Citizenship and Immigration Services,
ERIC H. HOLDER, JR., U.S. Attorney General, and
JANET NAPOLITANO, Secretary, U.S. Department of Homeland Security,

    Defendants-Respondents.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Dismissal Without Prejudice Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii)** [#67][1] filed December 17, 2012. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Stipulated Dismissal Without Prejudice Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii)** [#67] filed December 17, 2012, is **APPROVED**;

2. That plaintiff's **Motion To Withdraw Document** [#66] filed December 17, 2012, is **GRANTED**;

---

[1] "[#67]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3. That **Plaintiffs' Motion For Voluntary Dismissal Under FRCP 41 (a)(2)** [#65] filed December 4, 2012, is **WITHDRAWN**; and

4. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated December 17, 2012, at Denver, Colorado.

                                                 **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge